

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00319-CV

Albert Ralph **VELASQUEZ**, Associated Transportation Services, LLC, and P5 Management Group,
Appellants

v.

Lisa **RAMIREZ**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-00229
Honorable Larry Noll, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we AFFIRM the judgment in the amount of $198,986.50 in favor of Albert Ralph Velasquez and against Lisa Ramirez. We reverse the judgment against Albert Ralph Velasquez and REMAND the cause to the trial court for a new trial on Lisa Ramirez's fraud and civil conspiracy claims.

We ORDER that Albert Ralph Velasquez, Associated Transportation Services, LLC, and P5 Management Group recover their costs of this appeal from Lisa Ramirez.

SIGNED October 15, 2014.

_____
Luz Elena D. Chapa, Justice